```
                IN THE UNITED STATES BANKRUPTCY COURT
                FOR THE NORTHERN DISTRICT OF ILLINOIS
                           EASTERN DIVISION

IN RE: BRENDA TEKOA MYERS      )
                               )
COUNTRYWIDE HOME LOANS, INC.,  )
         Creditor,             )
                               )
    vs.                        ) CASE NO. 05B55258
                               ) JUDGE JACQUELINE P. COX
BRENDA TEKOA MYERS,            )
         Debtor                )
```

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes Countrywide Home Loans, Inc., by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The Debtor is due for the August 2006 contractual payment and all those thereafter.

2. The following is an itemization of the amounts due on the loans as of October 23, 2006:

    a. Attorney's fees                         $250.00

    b. August 2006-October 2006    3 @ $2,136.27

                          Total             $2,386.27

```
                          Respectfully Submitted,
                          Countrywide Home Loans, Inc.

                          /s/A. Stewart Chapman
                          A. Stewart Chapman
                          ARDC#6255733

                          Pierce and Associates, P.C.
                          1 NORTH DEARBORN STREET
                          SUITE 1300
                          Chicago, Illinois 60602
                          (312)346-9088
```