```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 55258
   BRENDA TEKOA MYERS
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-1587


--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/14/2005 and was confirmed 01/23/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 04/24/2008.
--------------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                             PAID            PAID
--------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS ^ CURRENT MORTG         .00              .00             .00
AMERICAN GENERAL FINANCE SECURED            300.00            11.15          300.00
SMC                      UNSEC W/INTER      820.66            75.68          820.66
MARSHALL FIELDS          UNSEC W/INTER      575.38            53.18          575.38
BALLYS TOTAL FITNESS     UNSEC W/INTER NOT FILED                .00             .00
ADVOCATE CHRIST HOSPITAL UNSEC W/INTER NOT FILED                .00             .00
LITTLE CO OF MARY        UNSEC W/INTER NOT FILED                .00             .00
RISK MANAGEMENT ALTERNAT UNSEC W/INTER NOT FILED                .00             .00
COMCAST                  UNSEC W/INTER NOT FILED                .00             .00
ECAST SETTLEMENT CORP    UNSEC W/INTER      691.13            63.88          691.13
RISK MANAGEMENT ALTERNAT UNSEC W/INTER NOT FILED                .00             .00
CITY OF CHICAGO WATER DE UNSEC W/INTER      338.73              .00             .00
SEARS PAYMENT CENTER     UNSEC W/INTER NOT FILED                .00             .00
PEOPLES GAS LIGHT & COKE UNSEC W/INTER      765.32            70.57          765.32
COMMONWEALTH EDISON      UNSEC W/INTER NOT FILED                .00             .00
COUNTRYWIDE HOME LOANS ^ MORTGAGE ARRE     2159.32              .00         2159.32
AMERICAN GENERAL FINANCE UNSEC W/INTER     1565.91           144.37         1565.91
NCO FINANCIAL            UNSEC W/INTER      252.07            23.30          252.07
CITY OF CHICAGO WATER DE SECURED NOT I      338.73              .00             .00
PRO SE DEBTOR            DEBTOR ATTY           .00                              .00
TOM VAUGHN               TRUSTEE                                             502.66
DEBTOR REFUND            REFUND                                                5.42

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                8,080.00

PRIORITY                                            .00
SECURED                                        2,459.32
    INTEREST                                      11.15

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 55258 BRENDA TEKOA MYERS
```

```
UNSECURED                                              4,670.47
    INTEREST                                             430.98
ADMINISTRATIVE                                              .00
TRUSTEE COMPENSATION                                     502.66
DEBTOR REFUND                                              5.42
                               ---------------    ---------------
TOTALS                                8,080.00           8,080.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 07/28/08               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```